UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) |
| Joshua & Michelle Moeller, | ) CASE NO. 15-00294 |
| | ) CHAPTER 13 |
| | ) |
| Debtor. | ) |

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Now comes, Williams & Assoc., P.C. attorneys for the debtor(s) and pursuant to Bankruptcy Code Section 331, Bankruptcy Rule 2016 makes it's application for services rendered and for reimbursement of out of pocket expenses necessarily incurred by the applicant firm in the representation of the said debtor(s), and in support thereof alleges as follows:

1. That this case was commenced by the filing of a petition under Chapter 13 of the United States Bankruptcy Code on February 23, 2015. That said plan was confirmed on August 4, 2015.

2. That no prior applications for allowance of compensation for services have been filed by the applicant firm in this case and that the services for which compensation is sought herein and expenses herein reflected were not subject to any prior allowance of compensation.

3. That at the request of the debtor(s), the applicant firm has performed services in connection with the filing of a Chapter 13 case and obtaining confirmation of the debtor(s) Chapter 13 plan. That during the period covered by this application, the applicant firm expended a total of 22.71 hours for professional services rendered on behalf of the debtor(s). The rate charged by the applicant firm on routine, noncomplicated matters, without considering size of the case and degree of responsibility, difficulty, complexity, and the results achieved, were at the commencement of these proceedings $250.00 per hour for attorneys and $95.00 per hour for paralegals. A complete account for the foregoing time is attached here to as exhibit "A" and by the reference is incorporated here in.

4. That the expenses through 12/13/15; which have not been reimbursed or previously applied for total $28.90 and are included in the attached statement of time and expenses.

5. That the applicant firm is known in the metropolitan Quad City area for its experience, reputation, and ability in the specialized area of Chapter 13 bankruptcy law. That approximately 80% of all cases handled by the applicant firm are in the specialized field of consumer bankruptcy and Chapter 13. Counsel with lesser experience would have required additional hours to enable them to render the same service and advice. Experience in excess of thirty (30) years have qualified applicant to render professional services in this highly specialized field.

WHEREFORE, the applicant firm prays the court enter an Order authorizing the Trustee to pay to the applicant firm the sum of $4099.65 representing attorney fees and $28.90 representing reimbursable expenses for a total of $4128.55.

Respectfully submitted,

By: /s/ *signature*
Attorney for the debtor(s)

Sean M. Williams
Williams & Assoc., PC
Attorneys at Law
423 17th Street, Ste 202
Rock Island, IL 61201
(309)788-3799

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Application of Compensation was server upon the Trustee of said estate(s), U.S. Trustee by electronic notice, and all creditors and parties in interest by depositing a copy thereof in the U.S. Mail, postage prepaid, in envelopes addressed to each of them at their respective addresses as known:

U.S. Trustee
Room 517 Fed. Bldg.
210 Walnut St.
Des Moines, IA 50309

Albert Warford
505 5th Ave. Suite 1020
Des Moines, IA 50309

See Attached

Date: 12-15-15          Signed: Laurie Hendley

Office of U.S. Trustee
Room 517 Federal Building
210 Walnut
Des Moines, IA 50309

IA Department of Finance
Accounts Receivable Unit
Hoover State Office Building
Des Moines, IA 50319

Best Buy
c/o Citi
Po Box 790441
Saint Louis, MO 63179


Cap1/bstby
Po Box 6497
Sioux Falls, SD 57117

Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130

Capital 1 Bank
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130


Capital One
PO Box 30281
Salt Lake City, UT 84130

Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181

DHCU Community Credit Union
Po Box 1550
Attn: Collections
Moline, IL 61266


Hauge Assoc.
PO Box 88610
Sioux Falls, SD 57109-8610

Miller-Meier Limb & Brace
4505 Utica Ridge Rd.
Bettendorf, IA 52722

Northland Group
P.O. Box 390905
Minneapolis, MN 55439


Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL 32826

Ria Federal Credit Uni
Po Box 4750
Rock Island, IL 61204

Trustmark Recovery Services
541 Otis Bowen Dr.
Munster, IN 46321


UnityPoint Clinic
Po Box 1455
Des Moines, IA 50306

University of Chicago
5700 S. Maryland Ave.
Chicago, IL 60637

## Michael Williams & Associates P.C.     INVOICE

423 17th. St., Ste.202  
Rock Island, IL 61201

Invoice # 122  
Date: 12/15/2015  
Due On: 01/14/2016

Joshua/Michelle Moeller  
605 N. 7th Street  
Eldridge, IA 52748

### 14-0188

### Moeller, Joshua-Michelle ch13 SD IA

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 08/27/2014 | Initial interview re: advantages/disadvantages of filing. Explanation of options, consequences, review of income/expenses, assets, liabilities, financial history, | 1.00 | $250.00 | $250.00 |
| Service | 10/29/2014 | Open file | 1.00 | $95.00 | $95.00 |
| Service | 10/29/2014 | Follow up appt, gave client copy of credit report to review, gave credit counseling information | 0.50 | $250.00 | $125.00 |
| Service | 11/03/2014 | email to client re: receipt of docs | 0.20 | $250.00 | $50.00 |
| Service | 11/17/2014 | work up file, , tax returns, start working on CMI worksheet | 1.55 | $95.00 | $147.20 |
| Service | 11/20/2014 | Email Sent: Respond to email from client RE: Mort Mod; advised client that mod is still an option even during bky; gave update as to status of file in our office. | 0.20 | $250.00 | $50.00 |
| Service | 12/01/2014 | downloaded paystubs from client email and saved in client docs | 0.43 | $95.00 | $40.88 |
| Service | 12/01/2014 | Phone call from client | 0.06 | $95.00 | $5.94 |
| Service | 12/08/2014 | finishing up file; cmi | 0.25 | $95.00 | $23.75 |
| Service | 12/09/2014 | complete cmi; file to sean to proof | 0.25 | $95.00 | $23.75 |
| Service | 12/12/2014 | File Proofing : Proof file; assessment and eppraisal lookup, adjust valuation of real property; review schedule B for values on cars and movie collection; NADA check for cars - need more info on both vehicles; no 910 issue - can cram down, but need to get values; review CMI and Means Test; review budget for estimated plan payment; phone call to client re: info on cars (left message); email to client re: info on cars and need updated pay stubs for month of November to finish means test. Still need to draft plan - estimated mtg arrears at $13,666.00. | 1.13 | $250.00 | $283.33 |

Invoice # 122 - 12/15/2015

| Type | Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Service | 12/15/2014 | Email Sent: Review email from Michele RE: car values and concerns about Josh's profit sharing. Will need to wait until January after he receives check then review file and status with mortgage company for how to proceed. | 0.10 | $250.00 | $25.00 |
| Service | 02/13/2015 | Email Sent: Draft copy of schedules; upload and share via Clio connect; separate email to client with draft of ch.13 plan; payment estimated at $629.63/mo to cover house and 2 cars; client to review and return original signature pages for filing. | 0.68 | $250.00 | $170.83 |
| Service | 02/23/2015 | Proof Ch. 13 Petition, Schedules, Draft Plan: Update petition & schedules; draft plan; save as pdf; shared with client via Clio; email to client with draft plan payments; requested signature pages | 0.60 | $250.00 | $150.00 |
| Service | 02/23/2015 | Filed case with Court | 1.00 | $95.00 | $95.00 |
| Service | 02/24/2015 | faxed notices of bky to RIA Credit Union and DHCU | 0.15 | $95.00 | $14.25 |
| Service | 02/24/2015 | Served plan on creditors | 0.75 | $95.00 | $71.25 |
| Expense | 02/24/2015 | Reimbursable expense: Copy charges for service of plan 85 pages x $.20 per page | 1.00 | $17.00 | $17.00 |
| Expense | 02/24/2015 | Reimbursable expense: Postage for service of plan 17 notices x $.70 | 1.00 | $11.90 | $11.90 |
| Service | 02/24/2015 | Scanned and filed paystubs with Court | 0.20 | $95.00 | $19.00 |
| Service | 02/24/2015 | Put hearing date on calendar and in clients folder | 0.15 | $95.00 | $14.25 |
| Service | 03/10/2015 | Scanned and sent Taxes and Paystubs to Trustee | 0.50 | $95.00 | $47.50 |
| Service | 03/16/2015 | Sent reminder letter and attachments to read over before court | 0.25 | $95.00 | $23.75 |
| Service | 03/20/2015 | Review file for 341 hearing | 0.25 | $250.00 | $62.50 |
| Service | 03/23/2015 | Attended 341 Hearing | 0.75 | $250.00 | $187.50 |
| Service | 03/31/2015 | Saved Obj to Plan filed by Trustee in to Client docs, file to attorney to review | 0.25 | $95.00 | $23.75 |
| Service | 04/01/2015 | Put hearing date on calendar and in clients folder: ICN Hearing set for Obj to Plan | 0.15 | $95.00 | $14.25 |
| Service | 04/13/2015 | Draft Amended Plan: Review proof of claims for two vehicles; check claims register for mortgage company; update schedules I NJ based on debtors paystub's; for paystub's and 2014 tax returns to the trustee; email toclient outlining adjustments needed for modified plan, can be 36 month plan now; need approval to upload new plan. | 1.72 | $250.00 | $429.17 |

Invoice # 122 - 12/15/2015

| | | | | | |
|---|---|---|---|---|---|
| Service | 04/28/2015 | Email Sent: Update schedules I and J and forward to client along with Cobby a plan with notes for their review to determine how they want to proceed with plan | 0.35 | $250.00 | $87.50 |
| Service | 05/06/2015 | Court Hearing: Attend hrg on Tt's objection to plan; mod plan and amended I & J due 5/27; | 0.25 | $250.00 | $62.50 |
| Service | 05/07/2015 | Saved Minute Order in to client docs | 0.15 | $95.00 | $14.25 |
| Service | 05/27/2015 | Draft Amended Plan: Review notes from client; update I & J; draft amended plan; email back to client with forms for signatures; email saved under communications. | 0.85 | $250.00 | $212.50 |
| Service | 05/27/2015 | Filed Modified Plan, Amended Schedules I and J with Court | 0.50 | $95.00 | $47.50 |
| Service | 05/28/2015 | Review letter from Creditor's Attorney: Review letter from trustee; over-median debtor, needs to be in a 60 month plan. | 0.10 | $250.00 | $25.00 |
| Service | 05/28/2015 | Telephone Call to client: PC to client to discuss means test and 60 month requirement; will redraft plan and send to client; looks like 100% plan. | 0.20 | $250.00 | $50.00 |
| Service | 06/12/2015 | Saved Obj to Plan filed by Trustee to client docs | 0.15 | $95.00 | $14.25 |
| Service | 06/12/2015 | Put hearing date on calendar and in clients folder: VTC Hearing on Obj to Plan | 0.15 | $95.00 | $14.25 |
| Service | 06/19/2015 | Telephone call from Client: PC from Michelle Re 2nd Amended plan; Ocwen has mailed final mod packet. Need to prep motion to incur debt. Need to call Tt to discuss modification and amended plan. | 0.20 | $250.00 | $50.00 |
| Service | 07/07/2015 | Draft Amended Plan: Draft amended plan; review claims register; draft motion to incur debt on mortgage modification; draft objection to POC 8-1; send email to client with copies to get signatures; upload forms to court website | 1.17 | $250.00 | $292.50 |
| Service | 07/07/2015 | Filed amended Plan with Court | 0.50 | $95.00 | $47.50 |
| Service | 07/07/2015 | Prepared and filed Obj to claim 8 of Ocwen Loan Servicing | 0.50 | $95.00 | $47.50 |
| Service | 07/07/2015 | Filed Motion to Obtain Secured Credit | 0.50 | $95.00 | $47.50 |
| Service | 07/08/2015 | Attended hearing on Obj to Plan by Trustee | 0.75 | $250.00 | $187.50 |
| Service | 07/27/2015 | Telephone Converstaion: PC to client re order on motion to borrow; discussed other claims and plan; emailed copy of text order to client | 0.20 | $250.00 | $50.00 |
| Service | 07/27/2015 | Email Sent: Check POC for contact info for Ocwen; send copy of docket order to Ocwen to finalize modification; email saved in communications | 0.43 | $250.00 | $108.33 |
| Service | 07/27/2015 | Saved Order on Motion to Obtain Secured Credit | 0.15 | $95.00 | $14.25 |

Invoice # 122 - 12/15/2015

| | | | | | |
|---|---|---|---|---|---|
| Service | 08/04/2015 | Saved Confirmation Order in client docs | 0.15 | $95.00 | $14.25 |
| Service | 08/13/2015 | Review file and docket report, prepare time records for atty to review | 0.48 | $95.00 | $45.76 |
| Service | 08/13/2015 | Review and revise time records as needed. Prepare Application for Compensation | 0.75 | $250.00 | $187.50 |
| Service | 12/13/2015 | Review and revise time records as needed. Prepare Application for Compensation: review fee app; file to Laurie for up load | 0.15 | $250.00 | $36.46 |

**Total   $4,128.55**