UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Joshua & Michelle Moeller, | ) Case No. 15-0294 |
| | ) |
| Debtor(s). | ) |

### SUBSTITUTION OF COUNSEL

Now comes Michael A. Williams and enters his Appearance individually and on behalf of the Law firm of Williams & Associates, PC as attorney for the Debtor, Joshua and Michelle Moeller.

Dated this __14th__ day of March, 2016.

                                                   /s/ Michael A. Williams
                                                 Michael A. Williams
                                                 Attorney for Debtors
                                                 423 17th Street, Ste. 202
                                                 Rock Island, IL 61201
                                                 (309)788-3799
                                                 Bar ID #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

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                               )
                                     )
                                     )
Joshua & Michelle Moeller,           ) Case No. 15-0294
                                     )
    Debtor(s)                        )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Substitution of Counsel was served upon the Trustee of said estate(s), U.S. Trustee and all creditors and parties in interest by depositing a copy thereof in the U.S. Mail, postage prepaid, unless served electronically through the clerk of court:

US Trustee
Rm. 793 Fed. Bldg.
210 Walnut St.
Des Moines, IA  50309

Albert C. Warford
505 5th Avenue Ste. 520
Des Moines, IA  50309


Dated: 3-14-16          BY: Laurie Hendly